# IN THE SUPREME COURT OF THE STATE OF NEVADA

JON GILBAUGH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KATHLEEN E.
DELANEY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68568

**FILED**

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges an order of the district court denying a motion to dismiss an indictment. Petitioner Jon Gilbaugh contends that the district court erred in concluding that the State could seek an indictment after voluntarily dismissing charges pursuant to NRS 174.085(5). We conclude that petitioner has not demonstrated that the district court manifestly abused its discretion in concluding that the State could seek an indictment after dismissing a complaint. *See* NRS 174.085(5) (permitting State to dismiss and refile a complaint prior to the preliminary hearing); *Sheriff, Washoe Cty. v. Dhadda*, 115 Nev. 175, 183, 980 P.2d 1062, 1067 (1999) ("[T]here is no jurisdictional defect in dual proceedings against an accused consisting

of a grand jury indictment for the same offense which has been previously charged in a pending complaint or information." (citing *Turpin v. Sheriff*, 87 Nev. 236, 238, 484 P.2d 1083, 1084-85 (1971)). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Cherry

_____, J.
Douglas

cc:    Hon. Kathleen E. Delaney, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk